SHAPIRO, CROLAND, REISER, APFEL &
DI IORIO, LLP
411 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone: (201) 488-3900
Fax: (201) 488-9481
John P. Di Iorio, Esq.
Email: JDiIorio@shapiro-croland.com

-and-

WILK AUSLANDER LLP
1515 Broadway, 43rd Floor
New York, New York 10036
Telephone: (212) 981-2300
Fax: (212) 752- 6380
Hillary A. Jury, Esq.
Email: hjury@wilkauslander.com

*Co-Counsel to Creditor Quigley Company, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>G-I HOLDINGS, INC., *et al.*,<br>(f/k/a GAF Corporation),<br><br>Reorganized Debtors. | Chapter 11<br><br>Jointly Administered<br>Bankruptcy Case No. 01-30135 (RG)<br>and No. 01-38790 (RG) |
| QUIGLEY COMPANY, INC.,<br><br>Appellant,<br><br>v.<br><br>G-I HOLDINGS, INC., *et al.*,<br>(f/k/a GAF Corporation),<br><br>Reorganized Debtors. | Civil Action No. 2:12-cv-06933 (DMC) |

**NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE THIRD CIRCUIT**

Notice is hereby given that Quigley Company, Inc., the above-named appellant, hereby

712219v4                                                                1

appeals to the United States Court of Appeals for the Third Circuit from the Order (Docket No. 20) and Opinion (Docket No. 19) of the United States District Court, District of New Jersey, entered in the above-captioned case on June 26, 2013, affirming the Opinion of the United States Bankruptcy Court, District of New Jersey, entered on August 13, 2012, and the related Order of the United States Bankruptcy Court, District of New Jersey, entered on September 10, 2012.

The names of all parties to the above Order and Opinions appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Riker, Danzig, Scherer, Hyland & Perretti, LLP<br>Attn: Dennis J. O'Grady, Esq.<br>Mark E. Hall, Esq.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, New Jersey 07962<br>Telephone: (973) 538-0800<br>Fax: (973) 538-1984<br>Email: dogrady@riker.com<br>mhall@riker.com<br>*Co-counsel for the Reorganized Debtors* | Quinn Emanuel Urquhart & Sullivan, LLP<br>Attn: Andrew J. Rossman, Esq.<br>Scott C. Shelley, Esq.,<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>Email: andrewrossman@quinnemanuel.com<br>scottshelley@quinnemanuel.com<br>*Co-counsel for the Reorganized Debtors* |
|---|---|
| Sandak, Hennessey & Greco, LLP<br>Attn: Marc J. Kurzman, Esq.<br>707 Summer Street, Suite 300<br>Stamford, Connecticut 06901<br>Telephone: (203) 425-4200<br>Fax: (203) 325-8608<br>Email: mkurzman@shglaw.com<br>*Co-counsel for the Reorganized Debtors* | Greenberg Traurig, LLP<br>Attn: Alan J. Brody, Esq.<br>200 Park Avenue<br>P.O. Box 677<br>Florham Park, New Jersey 07932<br>Telephone: (973) 360-7900<br>Fax: (973) 301-8410<br>Email: brodyA@gtlaw.com<br>*Attorneys for Pfizer, Inc.* |
| Jones Day<br>Attn: Brad B. Erens, Esq.<br>Timothy W. Hoffmann, Esq.<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Fax: (312) 782-8585<br>Email: bberens@jonesday.com<br>thoffmann@jonesday.com<br>*Attorneys for United States Gypsum Company* | Office of U.S. Trustee<br>Attn: Jeffrey M. Sponder, Esq.<br>One Newark Center<br>Newark, NJ 07102<br>Telephone: (973) 645-2379<br>Email: jeffrey.m.sponder@usdoj.gov |

Shapiro, Croland, Reiser, Apfel &
Di Iorio, LLP
411 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone: (201) 488-3900
Fax: (201) 488-9481
John P. Di Iorio, Esq.
Email: JDiIorio@shapiro-croland.com

-and-

Wilk Auslander LLP
1515 Broadway, 43rd Floor
New York, New York 10036
Telephone: (212) 981-2300
Fax: (212) 752- 6380
Hillary A. Jury, Esq.
Email: hjury@wilkauslander.com
*Co-Counsel for Appellant Quigley Company,
Inc.*

Dated: July 25, 2013

Wollmuth Maher & Deutsch LLP
Attn: Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
Fax: (212) 382-0050
Email: pdefilippo@wmd-law.com
jlawlor@wmd-law.com

-and-

One Gateway Center, Ninth Floor
Newark, New Jersey 07102
Telephone: (973) 733-9200
*Attorneys for United States Gypsum Company*

SHAPIRO, CROLAND, REISER, APFEL &
DI IORIO, LLP
By s/ John P. Di Iorio
A Member of the Firm
411 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone: (201) 488-3900
Fax: (201) 488-9481
Email: JDiIorio@shapiro-croland.com

-and-

WILK AUSLANDER LLP
By s/ Hillary A. Jury
A Member of the Firm
1515 Broadway, 43rd Floor
New York, New York 10036
Telephone: (212) 981-2300
Fax: (212) 752-6380
Email: hjury@wilkauslander.com

*Co-Counsel for Appellant Quigley Company,
Inc.*

712219v4

3

SHAPIRO, CROLAND, REISER, APFEL, & DI IORIO, LLP
411 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone: (201) 488-3900
Fax: (201) 488-9481
John P. Di Iorio, Esq.
Email: JDiIorio@shapiro-croland.com

-and-

WILK AUSLANDER LLP
1515 Broadway
New York, New York 10036
Telephone: (212) 981-2300
Fax: (212) 752-6380
Hillary A. Jury, Esq.
Email: hjury@wilkauslander.com

*Co-Counsel to Creditor Quigley Company, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF NEW JERSEY

| | |
|---|---|
| In re | Chapter 11 |
| G-I HOLDINGS, INC., *et al.*, (f/k/a GAF Corporation), | Jointly Administered Bankruptcy Case No. 01-30135 (RG) and No. 01-38790 (RG) |
| Reorganized Debtors. | |
| QUIGLEY COMPANY, INC., | |
| Appellant, | |
| v. | Civil Action No. 2:12-cv-06933 (DMC) |
| G-I HOLDINGS, INC., *et al.*, (f/k/a GAF Corporation), | |
| Reorganized Debtors. | |

**CERTIFICATE OF SERVICE**

JOHN P. DI IORIO, being of full age, hereby certifies as follows:

712268v1

1

1. I am an attorney at law of the State of New Jersey and a partner in the law firm of Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP, counsel for Appellant Quigley Company, Inc.

2. I certify that on July 25, 2013, I filed and served a Notice of Appeal on behalf of Appellant Quigley Company, Inc. electronically with the Court and to all parties, indicated below, entitled to service thereof by filing same with this Court's CM/ECF system:

| | |
|---|---|
| Riker, Danzig, Scherer, Hyland & Perretti, LLP<br>Attn: Dennis J. O'Grady, Esq.<br>Mark E. Hall, Esq.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, New Jersey 07962<br>Telephone: (973) 538-0800<br>Fax: (973) 538-1984<br>Email: dogrady@riker.com<br>mhall@riker.com<br>*Co-counsel for the Reorganized Debtors* | Quinn Emanuel Urquhart & Sullivan, LLP<br>Attn: Andrew J. Rossman, Esq.<br>Scott C. Shelley, Esq.,<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>Email: andrewrossman@quinnemanuel.com<br>scottshelley@quinnemanuel.com<br>*Co-counsel for the Reorganized Debtors* |
| Sandak, Hennessey & Greco, LLP<br>Attn: Marc J. Kurzman, Esq.<br>707 Summer Street, Suite 300<br>Stamford, Connecticut 06901<br>Telephone: (203) 425-4200<br>Fax: (203) 325-8608<br>Email: mkurzman@shglaw.com<br>*Co-counsel for the Reorganized Debtors* | Greenberg Traurig, LLP<br>Attn: Alan J. Brody, Esq.<br>200 Park Avenue<br>P.O. Box 677<br>Florham Park, New Jersey 07932<br>Telephone: (973) 360-7900<br>Fax: (973) 301-8410<br>Email: brodyA@gtlaw.com<br>*Attorneys for Pfizer, Inc.* |
| Jones Day<br>Attn: Brad B. Erens, Esq.<br>Timothy W. Hoffmann, Esq.<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Fax: (312) 782-8585<br>Email: bberens@jonesday.com<br>thoffmann@jonesday.com<br>*Attorneys for United States Gypsum Company* | Office of U.S. Trustee<br>Attn: Jeffrey M. Sponder, Esq.<br>One Newark Center<br>Newark, NJ 07102<br>Telephone: (973) 645-2379<br>Email: jeffrey.m.sponder@usdoj.gov |

Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP
411 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone: (201) 488-3900
Fax: (201) 488-9481
John P. Di Iorio, Esq.
Email: JDiIorio@shapiro-croland.com

-and-

Wilk Auslander LLP
1515 Broadway, 43rd Floor
New York, New York 10036
Telephone: (212) 981-2300
Fax: (212) 752-6380
Hillary A. Jury, Esq.
Email: hjury@wilkauslander.com
*Co-Counsel for Appellant Quigley Company, Inc.*

Wollmuth Maher & Deutsch LLP
Attn: Paul R. DeFilippo, Esq.
       James N. Lawlor, Esq.
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
Fax: (212) 382-0050
Email: pdefilippo@wmd-law.com
       jlawlor@wmd-law.com

-and-

One Gateway Center, Ninth Floor
Newark, New Jersey 07102
Telephone: (973) 733-9200
*Attorneys for United States Gypsum Company*

Dated: July 25, 2013

By s/John P. Di Iorio, Esq.
   JOHN P. DI IORIO, ESQ.

712268v1

3